[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14339
Non-Argument Calendar
_____

D.C. Docket No. 6:13-cr-00123-RBD-DAB-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWIN VIDAL TORRES,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 4, 2015)

Before JORDAN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Edwin Vidal Torres in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).    In a *pro se* response to counsel's motion to withdraw, Torres requests that counsel's motion be denied or that new counsel be appointed to brief his appeal.    Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Torres's request for appointment of new counsel to brief his appeal is **DENIED**, and Torres's convictions and sentences are **AFFIRMED**.